**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>Defendant. | Civil Action No. 5:11-00053-DF<br><br>JURY TRIAL DEMANDED |

___

**PLAINTIFF GENERAL INSTRUMENT CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**
___

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff General Instrument Corporation discloses the following:

1. General Instrument Corporation is a Delaware corporation and is a wholly owned subsidiary of Motorola Mobility, Inc.

Respectfully submitted,

Dated: March 4, 2011

By: */s/ Brian K. Erickson*
John Allcock (*pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (*pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (*pro hac vice*)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700

San Diego, CA 92101
Telephone: 619-699-2700
Facsimile: 619-699-2701

Wayne Harding
Texas Bar No. 08978500
wayne.harding@dlapiper.com
Brian Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

Attorneys for Plaintiffs
MOTOROLA MOBILITY, INC. and
GENERAL INSTRUMENT CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of March 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Brian K. Erickson
Brian K. Erickson

WEST\223267807.1