**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>　　　　　Defendant. | Civil Action No. 5:11-00053-DF<br><br>JURY TRIAL DEMANDED |

---

**PLAINTIFF MOTOROLA MOBILITY, INC.'S
CORPORATE DISCLOSURE STATEMENT**

---

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Motorola Mobility, Inc. discloses the following:

　　　　1.　　Motorola Mobility, Inc. is a Delaware corporation and is a wholly owned subsidiary of Motorola Mobility Holdings, Inc.  Motorola Mobility Holdings, Inc. is a Delaware corporation and is a publicly traded company under the ticker symbol MMI.

　　　　2.　　Icahn Associates Corp. held 11.41% of Motorola Mobility Holdings, Inc.'s common stock as of February 28, 2011.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 4, 2011　　　　　　By: */s/ Brian K. Erickson*
　　　　　　　　　　　　　　　　　　　John Allcock (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　john.allcock@dlapiper.com
　　　　　　　　　　　　　　　　　　　Sean Cunningham (*pro hac vice*)

       sean.cunningham@dlapiper.com
Erin Gibson (*pro hac vice*)
erin.gibson@dlapiper.com
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619-699-2700
Facsimile:  619-699-2701

Wayne Harding
Texas Bar No. 08978500
wayne.harding@dlapiper.com
Brian Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  512-457-7000
Facsimile:  512-457-7001

Attorneys for Plaintiffs
MOTOROLA MOBILITY, INC. and
GENERAL INSTRUMENT CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of March 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

       /s/ Brian K. Erickson
       Brian K. Erickson