UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION | § § § § | |
| Plaintiff, | § | Case No. 5:11-cv-53-JRG |
| v. | § § | |
| TIVO INC. | § § | |
| Defendant. | § § | JURY TRIAL DEMANDED |
| TIVO INC., | § § § | |
| Counterclaim Plaintiff | § § | |
| v. | § § | |
| MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | § § § § § | |
| Counterclaim Defendants. | § | |

## ORDER

Time Warner Cable Inc. and Time Warner Cable LLC ("TWC") move the Court for an expedited briefing schedule regarding TWC's Motion to Sever and Stay TiVo's Claims Against TWC. Being well-advised, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED. It is therefore

ORDERED that TiVo file and serve its opposition brief by 11:59 PM CDT on July 9, that TWC file and serve its reply brief by 11:59 PM CDT on Wednesday, July 11, and that TiVo file and serve its sur-reply brief by 11:59 PM CDT on Friday, July 13, 2012; and it is further

ORDERED that TWC's Motion to Sever and Stay be set for hearing on the 16th day of July, 2012 at 3:00 p.m.

**So ORDERED and SIGNED this 5th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE