# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> TIVO INC., <br><br> Defendant. <br> ———————————————— <br> TIVO INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, <br><br> Counterclaim Defendants. <br> ———————————————— | Case No. 5:11-cv-00053-JRG <br><br> JURY TRIAL DEMANDED |

**TIVO'S NOTICE OF SUBMISSION OF TECHNICAL TUTORIAL**

Defendant and Counterclaim Plaintiff TiVo Inc. hereby notifies the Court that on October 23, 2012, TiVo timely submitted to the Court TiVo's Technical Tutorial in DVD format in accordance with the Court's Order Granting Joint Motion To Extend Deadlines (Dkt. # 170).

2714149

- 1 -

Dated:  October 23, 2012 　　　　　　　　　　*/s/ Talin Gordnia*
　　　　　　　　　　　　　　　　　　　　　　　　Talin Gordnia

　　　　　　　　　　　　　　　　　　　　　　Sam Baxter, Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 01938000
　　　　　　　　　　　　　　　　　　　　　　sbaxter@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　　　Garret W. Chambers
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 00792160
　　　　　　　　　　　　　　　　　　　　　　gchambers@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　　　McKool Smith
　　　　　　　　　　　　　　　　　　　　　　300 Crescent Court, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 978-4016
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 978-4044


　　　　　　　　　　　　　　　　　　　　　　IRELL & MANELLA LLP
　　　　　　　　　　　　　　　　　　　　　　Morgan Chu (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　mchu@irell.com
　　　　　　　　　　　　　　　　　　　　　　Andrei Iancu (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　aiancu@irell.com
　　　　　　　　　　　　　　　　　　　　　　Talin Gordnia (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　tgordnia@irell.com
　　　　　　　　　　　　　　　　　　　　　　1800 Avenue of the Stars, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067-4276
　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 277-1010
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 203-7199

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF TIVO INC.**

## CERTIFICATE OF SERVICE

　　　I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 23rd day of October, 2012.  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Talin Gordnia*
　　　　　　　　　　　　　　　　　　　　　　　　　　Talin Gordnia