## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:11CV-53(JRG) |
| | § | |
| TIVO INC. | § | |

**Motions Hearing**
**RODNEY GILSTRAP, JUDGE PRESIDING**
**November 20, 2012**

**OPEN:  10:00 am**                                                  **ADJOURN: 10:30 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Mark Mann |
| ATTORNEY FOR DEFENDANTS: | Sam Baxter |
| | Gil Gillam |
| LAW CLERK: | Jimmy Doan |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Case called.  Sam Baxter announced for TiVo.  Gil Gillam announced for Microsoft.  Mark Mann announced for Motorola/Time Warner.

The Court understands that TiVo's Motion to Compel has been resolved.

The Court will hear argument regarding the Motorola's Motion to Compel and Microsoft's Motion to Intervene.

Mark Mann argued the motion.

Sam Baxter responded.

Gil Gillam responded.  The Court asked the parties questions.  The parties responded.  The Court ruled on some of the issues and instructed the parties to meet and confer before 5:00 p.m. tomorrow regarding the issues not ruled upon.

10:30 a.m.