IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. AND GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br><br>    Defendant,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor. | Civil Action No. 5:11-00053-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE REGARDING MICROSOFT CORPORATION'S CONFIDENTIAL MATERIALS

With respect to the matters at issue before the Court concerning Motorola's Motion to Compel Tivo and Microsoft's assertion that it is entitled to protection of certain confidential information, Microsoft advises the Court that it objects to the production of unredacted versions of the reports of Kevin Jeffay and James Storer as they contain confidential Microsoft material, subject to the Protective Order issued in the *TiVo v. AT&T* et al case, said material being irrelevant to the matters at issue in the present case.  The parties Microsoft, Motorola, and Tivo are continuing to work to reach an accommodation with respect to production of these materials.

Dated:  November 21, 2012 

Respectfully submitted,

GILLAM & SMITH, LLP

By: */s/ Harry L. Gillam, Jr.*
    Harry L. Gillam, Jr.
    303 South Washington Avenue
    Marshall, Texas  75670
    Telephone:  (903) 934-8450
    Facsimile:  (903) 934-9257
    Email:  gil@gillamsmithlaw.com

***ATTORNEY FOR INTERVENOR
MICROSOFT CORPORATION***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of November, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

    */s/ Harry L. Gillam, Jr.*
    Harry L. Gillam