# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC., ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:11CV-53(JRG) |
| | § | |
| TIVO INC. | § | |

**Markman Hearing**
**RODNEY GILSTRAP, JUDGE PRESIDING**
**November 27, 2012**

**OPEN:** 1:30 pm                                                                 **ADJOURN:** 4:30 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Brian Erickson |
| | Mark Mann |
| | Lance Lee |
| | Sean Cunningham |
| | |
| ATTORNEY FOR DEFENDANTS: | Morgan Chu |
| | Ben Yorks |
| | Talin Gordnia |
| | Andrei Iancu |
| | Sam Baxter |
| | |
| LAW CLERK: | Jimmy Doan |
| | |
| COURT REPORTER: | Shelly Holmes |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Case called.  Mark Mann announced for Motorola/Time Warner and introduced co-counsel. Sam Baxter announced for TiVo and introduced co-counsel.

The Court inquired about the agreement to the pending motion to compel.  Mark Mann responded.

The Court gave the parties instructions regarding the terms of the patents.  The Court read the terms that will be presented today.

1:53 – Morgan Chu presented the term "synchronization means."

2:04 – Brian Erickson responded.

2:13 – Rebuttal by Mr. Chu.

2:16 – Response by Brian Erickson.

2:18 – Morgan Chu presented the term "cache access means."

2:22 – Brian Erickson responded.

2:24 – Rebuttal by Mr. Chu.

2:25 – Morgan Chu presented "cache control means."

2:28 – Response by Mr. Erickson.

2:32 – Rebuttal by Mr. Chu.

2:36 – Andrei Iancu presented the term "transform object."

2:44 – Response by Mr. Erickson.

2:57 – Rebuttal by Andrei Iancu.

3:02 – Andrei Iancu presented the term "input device."

3:06 – Response by Mr. Erickson.

3:09 – Rebuttal by Mr. Iancu.

3:11 – Andrei Iancu presented the term "frame step."

3:17 – Response by Mr. Erickson.

3:26 – Sean Cunningham for Motorola presented the term "high-capacity archival medium."

3:33 – Ben Yorks responded for TiVo.

3:40 – Sean Cunningham presented the term "means for selecting."

3:44 – Response by Ben Yorks.

3:49 – Sean Cunningham presented the term "maintaining the level of fullness of the input and output buffers to prevent said input and output buffers from underflowing or overflowing."

3:53 – Response by Mr. Yorks.

3:57 – Sean Cunningham presented the term "not specially formatted to facilitate a high speed playback mode."

4:01 – Response by Mr. Yorks.

4:05 – Sean Cunningham presented the term "transition interval between a current playback mode and a desired playback mode."

4:11 – Response by Talin Gordnia.

4:16 – Rebuttal by Mr. Cunningham.

4:17 – Sean Cunningham presented the term "discarding the compressed video data until receipt of a next independent picture data."

4:21 – Response by Talin Gordnia.

4:25 – Rebuttal by Mr. Cunningham.

4:26 – Response by Ms. Gordnia.

4:30 – The Court gave the parties further instructions regarding mediation.  The Court will take this matter under submission.