IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>    Defendant. | Case No. 5:11-cv-00053-JRG |
| TIVO INC.,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>    Counterclaim Defendants. | |

**ORDER ON MOTION BY THIRD PARTY MOVANT AT&T INC. TO HOLD IN ABEYANCE THE COURT'S NOVEMBER 26, 2012 ORDER (DOCKET NO 207) WITH RESPECT TO THE PRODUCTION OF AN UNREDACTED VERSION OF THE <u>SULLIVAN REPORT</u>**

Having considered the Unopposed Motion by Third Party Movant AT&T Inc. to Hold in Abeyance the Court's November 26, 2012 Order (Docket No. 207) with Respect to the Production of an Unredacted Version of the Sullivan Report, the Court is of the opinion that the motion should be **GRANTED** and it is thereby **ORDERED** that Docket No. 207 is abated with respect to the production of an unredacted version of the Sullivan Report until further order of this Court concerning any motion to compel filed by TiVo concerning its November 9, 2012 subpoena to AT&T Inc.

2

**So ORDERED and SIGNED this 5th day of December, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2