# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By BWicks at 8:21 am, Jan 16, 2013

1. This application is being made for the following: Case # 5:11-CV-00053-JRG

Style: Motorola Mobility, Inc. and General Instrument Corporation v. TiVo Inc.

2. Applicant is representing the following party/ies: Motorola Mobility, Inc., General Instrument Corporation, Time Warner Cable Inc., Time Warner Cable LLC.

3. Applicant was admitted to practice in Massachusetts in 1985.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: the Massachusetts Supreme Judicial Court and other courts of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Bruce Falby, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: January 15, 2013              Signature  /s/ Bruce Falby

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Bruce Falby

State Bar Number  MA BBO#544143

Firm Name:  DLA Piper LLP (US)

Address/P.O. Box:  33 Arch Street, 26th Floor

City/State/Zip: Boston, MA 02110-1447

Telephone #:  (617) 406-6000

Fax #:  (617) 406-6100

E-mail Address: bruce.falby@dlapiper.com

Secondary E-Mail Address: carol.cavallaro@dlapiper.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on:  __1/16/13_____

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _/s/ Barbara Wicks_____
Deputy Clerk