IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br>  Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br>  Defendant.<br><br>TIVO INC.,<br>  Counterclaim Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br>  Counterclaim Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Case No. 5:11-cv-053-JRG |

## ORDER SETTING BRIEFING SCHEDULE AND HEARING

Before the Court is Motorola and Time Warner Cable's ("TWC") Motion to Compel the Depositions of TiVo Fact Witnesses Thomas Rogers and Matthew Zinn, filed January 23, 2013 (Dkt. No. 244). Motorola and TWC request an expedited and emergency hearing on their motion to compel in light of the impending close of fact discovery. Accordingly, **IT IS ORDERED** that TiVo Inc.'s ("TiVo") responsive brief shall be filed with the Court no later than January 29, 2013 by 5:00 p.m.

The Court hereby sets a motion hearing for January 31, 2013 at 2:30 p.m. in Courtroom 106 (Marshall). The Court intends to hear argument on the following motions: TiVo's Motion for Sanctions Against Motorola Under Rule 11, filed November 2, 2012 (Dkt. No. 180); TiVo's

Motion to Compel AT&T, filed December 4, 2012 (Dkt. No. 220); and Motorola and TWC's Motion to Compel the Depositions of TiVo Fact Witnesses Thomas Rogers and Matthew Zinn, filed January 23, 2013 (Dkt. No. 244).

**So ORDERED and SIGNED this 24th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE