**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, | ) ) ) |
| | ) Case No. 5:11-cv-053-JRG |
| Plaintiffs, | ) ) |
| vs. | ) JURY TRIAL DEMANDED ) |
| TIVO INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) ) |
| TIVO INC., | ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) |
| MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | ) ) ) ) ) |
| Counterclaim Defendants. | ) ) |
| _____ | ) |

**JOINT MOTION TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS**

Under the Second Amended Docket Control Order, the deadline for fact discovery is January 28, 2013. Dkt. 230. TiVo, Motorola and Time Warner Cable jointly request permission to take certain party and third-party witness depositions after the January 28, 2013 fact discovery deadline. These depositions are as follows:

| Name | Date Currently Scheduled |
|---|---|
| Adam Tom | 2/1/2013 |
| Chris Cholas | 2/5/2013 |
| Keith Nichols | 2/5/2013 |
| Steve Anderson | 2/5/2013 |
| Robert Rusak | 2/6/2013 |
| Nicholas Chakalos | 2/7/2013 |

The parties have been in the process of taking and defending a significant number of depositions and make this agreed-upon request to accommodate the schedules of the witnesses and the parties' respective counsel which have prevented the depositions being scheduled before the cutoff. The parties agree that extending these depositions will not affect the trial setting. A proposed order is attached hereto.

Dated: February 5, 2013

Respectfully submitted,

*/s/ Thomas C. Werner*
Thomas C. Werner

Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Texas Garret W. Chambers
State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Thomas C. Werner (*Pro Hac Vice*)
twerner@irell.com

1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

Attorneys for TiVo Inc.

**DLA PIPER LLP (US)**
By: /s/ Brian K. Erickson
Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

John Allcock (admitted *pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (admitted *pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (admitted *pro hac vice*)
erin.gibson@dlapiper.com
Edward H. Sikorski (admitted *pro hac vice*)
ed.sikorski@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-699-2700
Facsimile: 619-699-2701

Aleine Porterfield (admitted *pro hac vice*)
Aleine.porterfield@dlapiper.com
919 North Market Street, 15th Floor
Wilmington, DE 19801-3046
Telephone: 302-468-5700
Facsimile: 302-394-2341

Andrew N. Stein

D.C. Bar No. 1005411
andrew.stein@dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202-799-4000
Facsimile: 202-799-5000

Lance Lee
Texas Bar No. 24004762
Attorney-at-Law
5511 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 223-0276
Facsimile: (903) 233-0210
wlancelee@aol.com

Mark Mann
Texas Bar No. 12926150
The Mann Firm
300 West Main Street
Henderson, TX 75652
Phone (903)657-8540
Fax (903)657-6003
mm@themannfirm.com

**ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION and Counterclaim Defendants TIME WARNER CABLE, INC. and TIME WARNER CABLE LLC**

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and this Court's Orders, and this motion is unopposed.

                              */s/ Thomas C. Werner*
                              Thomas C. Werner

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5th day of February, 2013.

                              */s/ Thomas C. Werner*
                              Thomas C. Werner