IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>    Defendant.<br>_____<br><br>TIVO INC.,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>    Counterclaim Defendants.<br>_____ | )<br>)<br>)<br>) Case No. 5:11-cv-053-JRG<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS**

    Before the Court is the Joint Motion To Extend Deadline For Certain Depositions. The Court, finding good cause, GRANTS the motion and Orders that the following depositions may proceed after the January 28, 2013 deadline for fact discovery:

| Name | Date Currently Scheduled |
|---|---|
| Adam Tom | 2/1/2013 |
| Chris Cholas | 2/5/2013 |
| Keith Nichols | 2/5/2013 |
| Steve Anderson | 2/5/2013 |
| Robert Rusak | 2/6/2013 |
| Nicholas Chakalos | 2/7/2013 |

**So ORDERED and SIGNED this 7th day of February, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE