## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, | ) ) ) | Case No. 5:11-cv-053-JRG |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | JURY TRIAL DEMANDED |
| TIVO INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) ) | |
| TIVO INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |
| _____ | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORM

Before the Court is the Joint Motion To Extend Deadline To File Proposed Jury

Instructions And Proposed Verdict Form.  The court finds that the motion should be and

hereby is GRANTED.  It is therefore ORDERED that the deadline to file Proposed Jury

Instructions and a Proposed Verdict Form is April 22, 2013.

1

So ORDERED and SIGNED this 15th day of April, 2013.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE