# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. | Civil Action No. 5:11-cv-00053-JRG |
| TIVO INC., <br><br> Counterclaim Plaintiff <br><br> v. <br><br> MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, <br><br> Counterclaim Defendants. | JURY TRIAL DEMANDED |

## JOINT NOTICE OF AGREED MOTIONS *IN LIMINE* AND OTHER OBJECTIONS

The Parties have met and conferred regarding Motions *in Limine* and other objections. The Parties have agreed to the Motions *in limine* as set forth in Dkt. No. 403. Furthermore, the Parties respectfully advise the Court of the following:

**Motorola and TWC's Motion in Limine No. 2**: The Parties agree (1) that neither will introduce evidence, testimony or argument of the specific total market capitalization or total assets of a party, and (2) that evidence or testimony of the profitability of products alleged to

practice one or more of the patents-in-suit that is otherwise admissible should not be excluded.  The Parties have not reached agreement on other issues presented by this motion and continue to dispute the admissibility of the purchase price of certain corporate transactions and total revenues of certain businesses as described in the briefing, as well as whether it is permissible to refer to the size of a company.

**TiVo's Motion in Limine No. 5**:  TiVo confirms that TiVo's Motion In Limine No. 5 is directed only at trial exhibits PX-0086, PX-0087, PX-0097, PX-0101, PX-0105, PX-0128, PX-0129, PX-0147, PX-0154, PX-0160, PX-0162, PX-0164–PX-0167, PX-0171, PX-0181, PX-0202, PX-0209–PX-0211, PX-0230–PX-0234, PX-0248–PX-0251.  TiVo's motion inadvertently referenced other exhibits.  Except for the foregoing correction to the identification of trial exhibits that are the subject of the motion, TiVo's motion remains unchanged.

The parties will continue to discuss trial issues, including other objections the parties may have, and will report to the Court on any further agreements the parties are able to reach before the April 23, 2013 pretrial conference.

Respectfully submitted,

By: */s/ Jennifer H. Doan*
    Jennifer Haltom Doan
    Texas Bar No. 08809050
    Shawn Alexander Latchford
    Texas Bar No. 24066603
    Stephen W. Creekmore, IV
    Texas Bar No. 24080844
    HALTOM & DOAN
    6500 Summerhill Road
    Crown Executive Center, Suite 100
    Texarkana, TX 75503
    Telephone: (903) 255-1000
    Fax: (903) 255-0800
    Email: jdoan@haltomdoan.com
    Email: slatchford@haltomdoan.com
    Email: screekmore@haltomdoan.com

    Lance Lee
    Texas Bar No. 24004762
    5511 Plaza Drive
    Texarkana, TX 75503
    Telephone: (903) 223-0276
    Facsimile: (903) 233-0210
    wlancelee@aol.com

    Mark Mann
    Texas Bar No. 12926150
    The Mann Firm
    300 West Main Street
    Henderson, TX 75652
    Phone (903)657-8540
    Fax (903)657-6003
    mm@themannfirm.com

    Charles K. Verhoeven (*Pro Hac Vice*)
    Quinn Emanuel Urquhart & Sullivan, LLP
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
    charlesverhoeven@quinnemanuel.com

*/s/ Thomas C. Werner (with permission)*
Thomas C. Werner

Sam Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Texas Garret W. Chambers
State Bar No. 00792160
gchambers@mckoolsmith.com
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas 75201
TEL: 214.978.4016
FAX: 214.978.4044

IRELL & MANELLA LLP
Morgan Chu (*Pro Hac Vice*)
mchu@irell.com
Andrei Iancu (*Pro Hac Vice*)
aiancu@irell.com
Thomas C. Werner (*Pro Hac Vice*)
twerner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:(310) 277-1010
Facsimile:(310) 203-7199

**ATTORNEYS FOR TIVO INC.**

Edward J. DeFranco (*Pro Hac Vice*)
eddefranco@quinnemanuel.com
Matthew Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

John Allcock (admitted *pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (admitted *pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (admitted *pro hac vice*)
erin.gibson@dlapiper.com
Edward H. Sikorski (admitted *pro hac vice)*
ed.sikorski@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619-699-2700
Facsimile: 619-699-2701

Andrew N. Stein
D.C. Bar No. 1005411
andrew.stein@dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone:  202-799-4000
Facsimile:  202-799-5000

**ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION and Counterclaim Defendants TIME WARNER CABLE, INC. and TIME WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 17th day of April 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                       */s/ Jennifer H. Doan*
                                                       Jennifer H. Doan