**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>TIVO INC.,<br><br>    Defendant. | Case No. 5:11-cv-00053-JRG<br><br>**JURY TRIAL DEMANDED** |
| TIVO INC.,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>    Counterclaim Defendants. | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE
PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORM**

Before the Court is the Joint Motion To Extend Deadline To File Proposed Jury Instructions And Proposed Verdict Form. The court finds that the motion should be and hereby is GRANTED. It is therefore ORDERED that the deadline to file Proposed Jury Instructions and a Proposed Verdict Form is May 20, 2013.

2

**So ORDERED and SIGNED this 22nd day of April, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE