**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION<br><br>                Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>                Defendant.<br>_____<br>TIVO INC.,<br><br>                Counterclaim Plaintiff<br><br>    v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>                Counterclaim Defendants. | Civil Action No. 5:11-00053-JRG<br><br><br><br>JURY TRIAL DEMANDED |

**MOTOROLA'S RESPONSE TO TIVO'S MOTION TO CONTINUE RESCHEDULE
TRIAL DUE TO PREVIOUSLY SCHEDULED CONFLICTING TRIALS**

Motorola, General Instruments ("Motorola") and Time Warner Cable ("TWC") respectfully respond to TiVo's motion to continue the trial for two months.  In its motion, TiVo proposes that trial begin on or after August 5, 2013 and conclude on or before September 4, 2013.

Motorola and TWC have cleared all conflicts and have planned, prepared for, and would like to proceed  to trial on June 10, 2013.  Further, Motorola and TWC have reviewed schedules for their trial lawyers and witnesses, and have conflicts during the alternate period suggested by TiVo.

If, however, the Court is inclined to consider moving the trial, Motorola and TWC will certainly work with TiVo and the Court regarding potential trial dates after September 4, if that is how the Court would like to proceed.

Dated: April 24, 2013

Respectfully submitted,

By: /s/ *Mark Mann*
    Mark Mann

| | |
|---|---|
| Brian K. Erickson<br>Texas Bar No. 24012594<br>brian.erickson@dlapiper.com<br>Aaron Fountain<br>Texas Bar No. 24050619<br>aaron.fountain@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Phone: 512.457.7000<br>Fax: 512.457.7001<br><br>John Allcock<br>john.allcock@dlapiper.com<br>Sean Cunningham<br>sean.cunningham@dlapiper.com<br>Erin Gibson<br>erin.gibson@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: 619-699-2700<br>Facsimile: 619-699-2701<br><br>Lance Lee<br>Texas Bar No. 24004762<br>Attorney-at-Law<br>5511 Plaza Drive<br>Texarkana, TX 75503<br>Telephone: (903) 223-0276<br>Facsimile: (903) 233-0210<br>wlancelee@aol.com<br><br>Mark Mann<br>Texas Bar No. 12926150<br>**The Mann Firm**<br>300 West Main Street<br>Henderson, TX 75652<br>Phone (903)657-8540 | Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>50 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 875-660<br>Facsimile: (202) 538-8100<br><br>Edward J. DeFranco<br>eddefranco@quinnemanuel.com<br>Alexander Rudis<br>alexanderrudis@quinnemanuel.com<br>Matthew A. Traupman<br>matthewtraupman@quinnemanuel.com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>51 Madison Ave 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7246<br>Facsimile: 212-849-7100<br><br>Alan Lee Whitehurst<br>alanwhitehurst@quinnemanuel.com<br>Marissa Rachel Ducca<br>marissaducca@quinnemanuel.Com<br>**QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>1299 Pennsylvania Ave. NW, Suite 825<br>Washington, D.C. 20004<br>Telephone: (202) 538-8107<br>Facsimile: (202) 538-8100<br><br>Jennifer Haltom Doan<br>Texas Bar No. 08809050<br>Stephen W. Creekmore, IV<br>Texas Bar No. 24080844<br>Shawn A. Latchford<br>Texas Bar No. 24066603<br>**HALTOM & DOAN**<br>6500 Summerhill Road |

| | |
|---|---|
| Fax (903)657-6003 | Crown Executive Center, Suite 100 |
| mm@themannfirm.com | Texarkana, TX 75503 |
| | Telephone: (903) 255-1000 |
| | Fax: (903) 255-0800 |
| | Email: jdoan@haltomdoan.com |
| | Email: screekmore@haltomdoan.com |
| | Email: slatchford@haltomdoan.com |

**ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY LLC AND GENERAL INSTRUMENT CORPORATION AND COUNTERCLAIM DEFENDANTS TIME WARNER CABLE, INC. AND TIME WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of April 2013, all counsel of record will be served by electronic mail.

　　　　　　　　　　　　　　　　　　*/s/ Edward J. DeFranco*
　　　　　　　　　　　　　　　　　　Edward J. DeFranco