# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br>    Defendant.<br><br>TIVO INC.,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br>    Counterclaim Defendants. | Case No. 5:11-cv-053-JRG |

## ORDER

Before the Court is TiVo Inc.'s Motion to Continue Rescheduled Trial Due to Previously Scheduled Conflicting Trials, filed April 17, 2013 (Dkt. No. 437). The Court having considered the same finds that the motion should be and is hereby **DENIED**.

**So ORDERED and SIGNED this 26th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE