# Exhibit A

**TO PROSPECTIVE JURORS**

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of this questionnaire, the process of jury selection will be shortened. Please answer the questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use additional pages should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number.

If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.

Please return this questionnaire to the Court clerk when you return your jury card.

**Please write legibly:**

1. **State your full name:** _____

2. **Street address:** _____
   How long have you lived at your present address? _____ (years)

3. **Which of the following best describes where you live? (Check one)**
   Own home _____    Rental house _____
   Own apartment/condo _____    Rental apartment/condo _____
   Other: (please specify) _____    Live with friends or relatives _____

4. **Age:** _____ **Sex:** Male _____ Female _____

5. **Where did you grow up? City:** _____ **State:** _____

6. **What is the highest level of education you have completed? (Check one)**
   _____ Grade School
   _____ High School Graduate or GED
   _____ Some College or Junior College Degree
   _____ College Degree: Type of Degree _____    School Name _____
   _____ Some Graduate Courses _____    School Name _____
   _____ Graduate Degree: Type of Degree _____    School Name _____
   _____ Technical, Trade or Business School    School Name _____

7. **Please list any schools and colleges you attended, your major(s) or area(s) of study, and the degrees (if any) you have:** _____

8. **Are you currently: (check one)**
   Employed _____    Retired _____    Homemaker _____    Self-Employed _____
   Student _____    Unemployed but looking _____    Disabled _____
   Unemployed but not looking _____
   Other (please specify) _____

9. **Beginning with your current or most recent job**, list the last three jobs you have held.  Indicate your job duties and the dates you held the job.
   **Employer/Title**          **Job Duties**          **Years**
   a. _____
   b. _____
   c. _____

10. Do/did you supervise other persons?   Yes _____    No _____    How many? _____

11. Have you ever been responsible for hiring, firing, or promoting others at work? Yes _____ No _____

12. Have you, or has anyone closely related to you, ever owned or operated a business?
    Yes, I have _____ Yes, someone closely related to me has _____ No _____
    If "Yes," please state the nature of the business, the number of employees who worked there and give the name of the company: _____
    _____
    _____
    Is this business still operating? (Check one)    Yes _____ No _____

13. What is your present marital status? (Check one)
    Single, never married _____
    Single, divorced _____    How long: _____
    Single, widowed _____    How long: _____
    Married _____    How long: _____

14. What is the highest level of education your spouse, former spouse or partner completed? (Check one)
    _____ Grade School
    _____ High School Graduate or GED

1

    _____ **Some College or Junior College Degree**
    _____ **College Degree: Type of Degree** _____ **School Name** _____
    _____ **Some Graduate Courses** _____ **School Name** _____
    _____ **Graduate Degree: Type of Degree** _____ **School Name** _____
    _____ **Technical, Trade or Business School**      **School Name** _____

**15. Have you or a spouse ever served in the military, including the Reserves, National Guard or ROTC?**
**Yes** \_\_\_\_ **No** _____ **If "Yes," was it: You** _____**Spouse** _____ **Both** _____
**Which branch:** _____ **Dates of service:** _____

**16. List the sex, age, and occupation of children and/or step-children.  As to any children over the age of 18, describe their employment or identify the school they are attending.**
_____
_____
_____

**17. What clubs, volunteer organizations (for example, civic groups, etc.) have you belonged to?  Indicate any you were an officer in.**
_____
_____
_____

**18. Describe your leisure time activities:**
   **a.**      **Hobbies:**_____
   **b.**      **Newspapers or magazines you read regularly:**_____
   **c.**      **Favorite TV programs:**_____
   **d.**      **Favorite websites:**_____

**19. Have you received any education or training or worked in the following fields? (Check all that apply)**
    _____ **Computer programming / Software**     _____ **Law / Legal field**
    _____ **Patents / Trademarks**                   _____ **Management / Business**
    _____ **Research and Development**           _____ **Engineering**
    _____ **Human Resources**                      _____ **Sales**
**If you checked any experience in any of the fields listed above, please explain:**
_____
_____

**20. Have you or your spouse/partner ever been a member of a trade union? (Check one)**
       **No**\_\_\_\_\_
       **Yes, I am a member now** _____                **Union Name** _____
       **Yes, in the past I belonged to a union** _____    **Union Name**_____
       **Yes, my spouse/partner is a member now** _____   **Union Name** _____
       **Yes, in the past my spouse/partner belonged to a union** _____ **Union Name**_____

**21. If you are now, or were in the past, a member of a labor or trade union, did you or your spouse/partner ever hold any official union position or office?**
       **Yes** \_\_\_\_ **No**\_\_\_\_

**22. Have you, or has anyone closely related to you, ever invented something or had any experience with a patent or patent application?**
       **Yes, I have** \_\_\_\_\_ **Yes, someone closely related to me has**\_\_\_ **No**\_\_\_\_
       **If "Yes," please describe:** _____
       _____

**23. Have you, or has anyone closely related to you, ever applied for or been granted a patent or trademark?**
       **Yes, I have** \_\_\_\_\_ **Yes, someone closely related to me has**\_\_\_ **No**\_\_\_\_
       **If "Yes," please describe:** _____
       _____

**24. Have you, or has anyone you know, had any dealings with the U.S. Patent and Trademark Office?**
Yes, ___ No ____ If "Yes," please describe: _____
_____
_____

**25. How do you feel about protecting inventions and discoveries with patents?**
Strongly favor____ Somewhat favor____ Oppose somewhat _____ Strongly oppose _____ No opinion _____

**26. Have you ever been involved in any kind of dispute involving the development of a new product or technology?**
If so, please explain: _____
_____

**27.**
  a. Have you ever created or developed an idea, new technology, or invention?     ❑ Yes  ❑ No
  b. Did you apply for a patent?                                                    ❑ Yes  ❑ No
  c. Has someone claimed an idea of yours as their own?                             ❑ Yes  ❑ No
  d. Has someone taken an idea of yours without permission?                         ❑ Yes  ❑ No
  e. Have you ever been accused of using an idea without permission?                ❑ Yes  ❑ No
  f. Did you ever accuse anyone of infringing your patent?                          ❑ Yes  ❑ No
  If yes to any of the above, please explain: _____
  _____

**28. In your opinion, how easy/difficult is it to get a patent?** ❑ Very easy    ❑ Somewhat easy
  ❑ Somewhat difficult    ❑ Very difficult    ❑ Don't know

**29. Have you ever worked for or owned a company that had patents, copyrights or trade secrets?** ❑ Yes ❑ No
If yes, was your company ever involved in any type of dispute or litigation involving their patent(s)?
❑ Yes ❑ No
If Yes, please explain: _____

**30. Have you, or anyone you know, ever worked in software development or computer programming?**
_____ Yes    _____ No    If "Yes," please describe: _____
_____

**31. Have you, or anyone closely related to you, ever worked at an electronics store or department?** _____
If "Yes," please describe: _____
_____

**32. Have you, or anyone closely related to you, ever owned stock in, worked for, or had any business dealing with any of the following companies?**
  a. Motorola Mobility, Inc.        _____ Yes    _____ No
  b. General Instrument Corp.       _____ Yes    _____ No
  c. TiVo Inc.                      _____ Yes    _____ No
  d. Time Warner Cable Inc.         _____ Yes    _____ No
  If you answered "Yes" to any of the above, please explain:
  _____
  _____

**33. Do you have any positive or negative perceptions of, or have you had any positive or negative experiences with Motorola or its services and products?** _____ If yes, please describe: _____
_____

**34. Do you have any positive or negative perceptions of, or have you had any positive or negative experiences with TiVo or its services and products?** _____ If yes, please describe: _____
_____

**35. Do you have any positive or negative perceptions of, or have you had any positive or negative experiences with Time Warner Cable or its services and products?** _____ If yes, please describe: _____
_____

**36. Have you, or anyone closely related to you, ever had a Digital Video Recorder (DVR) in your home?** _____

     If yes, what brand of DVR was/is it? _____

37. Who is your current cable or other TV provider? _____

38. Have you ever used a DVR to pause, rewind, fast forward or record live television? ____ Yes ____ No
    If yes, how long ago was the first time you did so? _____

39. Please rate your cable, satellite, or other TV provider:
    Not satisfied_____ Satisfied_____ Very Pleased_____

40. Have you ever been on a jury? __ If yes, was it a civil or criminal case? ____Civil ____Criminal
    Did you reach a verdict? ____Yes ____No   Were you the foreperson? ____Yes ____No

41. Have you, any family member or close friend, ever worked for a lawyer, a law firm or for the court system or had any education in the law?
    Yes ___   No ___
    If "Yes," please explain: _____
    _____

42. Other than for jury duty, have you ever:
    Appeared in court for any reason?   Yes___ No___
    Testified at a trial?   Yes___ No___
    Given a deposition?   Yes___ No___
    If "Yes," please explain: _____
    _____

43. Have you, any member of your household, or a closer relative, ever filed a lawsuit? (Except for a family law case)
    Yes___ No___   If "Yes," please explain: _____
    _____

44. Have you, any member of your household, or a close relative, ever been sued? (Except for family law cases)
    Yes___ No___
    If "Yes," what is the status of the lawsuit?
    Settled _____   Judgment for me/us _____
    Judgment for them _____   Dismissed by judge _____
    If "Yes," please explain: _____
    _____
    If "Yes," was the outcome fair? Yes___ No___

45. Which of the following words would you use to describe yourself? [Check all that apply.]
    ____ Analytical      ____ Creative       ____ Practical
    ____ Detail-oriented ____ Inventor       ____ Technical
    ____ Judgmental      ____ Logical        ____ Visual-learner
    ____ Old-fashioned   ____ Open-minded    ____ Skeptical
    ____ Opinionated     ____ Outspoken      ____ Tinkerer
    Other: _____

**I declare that the foregoing responses that I have given on this Jury Selection Questionnaire are true and correct to the best of my knowledge and belief.**

**JUROR SIGNATURE** _____

**PRINT NAME** _____