# EXHIBIT C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 5:11-cv-053-JRG<br>)<br>) |
| vs. | ) JURY TRIAL DEMANDED<br>) |
| TIVO INC., | )<br>) |
| Defendant. | )<br>) |
| _____ | ) |
| TIVO INC., | )<br>) |
| Counterclaim Plaintiff, | )<br>) |
| vs. | )<br>) |
| MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, | )<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |
| _____ | |

## TIVO'S PROPOSED VERDICT FORM

2792312

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.

In this Verdict Form, Motorola Mobility Inc. and General Instrument Corporation will be referred to as "Motorola." Time Warner Cable Inc. and Time Warner Cable LLC will be referred to as "Time Warner Cable."

Start with Question No. 1 and proceed through the questions following the directions included in this Verdict Form.

# CLAIMS UNDER TIVO'S PATENTS-IN-SUIT

1.   Has TiVo proven by a preponderance of the evidence that Motorola and/or Time Warner Cable infringes one or more asserted claim of the '389 TimeWarp Patent?

   ("Yes" is a finding for TiVo.   "No" is a finding for Motorola/Time Warner Cable.)

|  | Motorola | Time Warner Cable |
|---|---|---|
| Claim 31 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 61 | YES _____   NO_____ | YES _____   NO_____ |

2.   Has TiVo proven by a preponderance of the evidence that Motorola and/or Time Warner Cable infringes one or more asserted claim of the '465 Multi-Program Patent?

   ("Yes" is a finding for TiVo.   "No" is a finding for Motorola/Time Warner Cable.)

|  | Motorola | Time Warner Cable |
|---|---|---|
| Claim 8 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 13 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 17 | YES _____   NO_____ | YES _____   NO_____ |

3.   Has TiVo proven by a preponderance of the evidence that Motorola and/or Time Warner Cable infringes one or more asserted claim of the '195 Trick-Play Patent?

   ("Yes" is a finding for TiVo.   "No" is a finding for Motorola/Time Warner Cable)

|         | Motorola            | Time Warner Cable   |
|---------|---------------------|---------------------|
| Claim 58 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 60 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 64 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 75 | YES _____   NO_____ | YES _____   NO_____ |
| Claim 77 | YES _____   NO_____ | YES _____   NO_____ |

4.  If you have found that Motorola and/or Time Warner Cable infringes any asserted claim of the '389 TimeWarp Patent, has TiVo proven by clear and convincing evidence that Motorola's and/or Time Warner Cable's infringement of the '389 TimeWarp Patent was willful?

   ("YES " is a finding for TiVo.   "No" is a finding for Motorola/Time Warner Cable.)

   Motorola:              YES _____   NO_____

   Time Warner Cable:     YES _____   NO_____


5.  For each asserted claim of the '389 TimeWarp Patent, the '465 Multi-Program Patent, and the '195 Trick-Play Patent, did Motorola and Time Warner Cable prove by clear and convincing evidence that such claim is invalid?

   Check the first column indicated as "valid" or check the second column indicated as "invalid."

**TimeWarp Patent:  U.S. Patent No. 6,233,389**
   ("Valid" is a finding for TiVo.          "Invalid" is a finding for Motorola/TWC)

|          | **VALID** | **INVALID** |
|----------|-----------|-------------|
| Claim 31 | _____     | _____       |
| Claim 61 | _____     | _____       |

**Multi-Program Patent:  U.S. Patent No. 7,529,465**

- 5 -

("Valid" is a finding for TiVo.          "Invalid" is a finding for Motorola/TWC.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 8 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 17 | _____ | _____ |

**Trick-Play Patent:  U.S. Patent No. 6,792,195**
("Valid" is a finding for TiVo.          "Invalid" is a finding for Motorola/TWC)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 58 | _____ | _____ |
| Claim 60 | _____ | _____ |
| Claim 64 | _____ | _____ |
| Claim 75 | _____ | _____ |
| Claim 77 | _____ | _____ |

6. If you have found that Motorola and/or Time Warner Cable infringes one or more valid claims of the '389 TimeWarp Patent, the '465 Multi-Program Patent, or the '195 Trick-Play Patent, please determine the amount of damages that would fairly and adequately compensate TiVo for Motorola's and Time Warner Cable's infringement.

Damages As To Motorola

Please state the amount of lost profits damages and reasonable royalty damages to which you have determined that TiVo is entitled from Motorola:

Lost profits damages:           $_____

Reasonable royalty damages:     $_____

Total:                          $_____

Damages As To Time Warner Cable

Please state the amount of lost profits damages and reasonable royalty damages to which you have determined that TiVo is entitled from Time Warner Cable:

Lost profits damages:           $_____

Reasonable royalty damages:     $_____

Total:                          $_____

## CLAIMS UNDER MOTOROLA'S PATENTS-IN-SUIT

7.      Has Motorola proven by a preponderance of the evidence that TiVo infringes one or more asserted claim of the '948 Patent?

("Yes" is a finding for Motorola.     "No" is a finding for TiVo.)

Claim 6         YES _____                              NO_____

Claim 20        YES _____                              NO_____


8.      Has Motorola proven by a preponderance of the evidence that TiVo infringes one or more asserted claim of the '714 Patent?

("Yes" is a finding for Motorola.     "No" is a finding for TiVo.)

Claim 1         YES _____                              NO_____

Claim 2         YES _____                              NO_____

Claim 3         YES _____                              NO_____

Claim 4         YES _____                              NO_____

Claim 9         YES _____                              NO_____

Claim 10        YES _____                              NO_____


9.      Has Motorola proven by a preponderance of the evidence that TiVo infringes one or more asserted claim of the '708 Patent?

("Yes" is a finding for Motorola.     "No" is a finding for TiVo.)

Claim 1         YES _____                              NO_____

Claim 11        YES _____                              NO_____

2792312                                 - 7 -

10.     If you have found that TiVo infringes any claim of the '948 Patent, '714 Patent, or '708 Patent, for any patent for which you have found infringement, please determine whether such infringement was willful. For any patent for which you did not find infringement, please leave the space blank.

Has Motorola proven by clear and convincing evidence that TiVo's infringement was willful?

("YES " is a finding for Motorola.          "No" is a finding for TiVo.)

'948 Patent     YES _____                    NO_____

'714 Patent     YES _____                    NO_____

'708 Patent     YES _____                    NO_____

11.     For each asserted claim of the '948 Patent, '714 Patent, and '708 Patent, did TiVo prove by clear and convincing evidence that such claim is invalid?

Check the first column indicated as "valid" or check the second column indicated as "invalid."

**U.S. Patent No. 5,949,948**
("Valid" is a finding for Motorola.          "Invalid" is a finding for TiVo.)

| | **VALID** | **INVALID** |
|---|---|---|
| Claim 6 | _____ | _____ |
| Claim 20 | _____ | _____ |

**U.S. Patent No. 6,304,714**
("Valid" is a finding for Motorola.          "Invalid" is a finding for TiVo.)

| | **VALID** | **INVALID** |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |

- 9 -

**U.S. Patent No. 6,356,708**
("Valid" is a finding for Motorola.        "Invalid" is a finding for TiVo.)

|  | **VALID** | **INVALID** |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 11 | _____ | _____ |

12.   If you have found that TiVo infringes one or more valid claims of the '948 Patent, '714 Patent, or '708 Patent, please state the amount of reasonable royalty damages that would fairly and adequately compensate Motorola for the infringement.

$_____

**Signed this ___day of _____**

_____
**JURY FOREPERSON**