IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br>  Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br>  Defendant.<br><br>TIVO INC.,<br>  Counterclaim Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br>  Counterclaim Defendants. | § § § § § § § § § § § § § § § § § § § § § § § §  Case No. 5:11-cv-053-JRG |

## ORDER

The Court enters this Order *sua sponte*. On May 20, 2013, Motorola and Time Warner Cable filed their Proposed Jury Instructions and Proposed Jury Verdict Form (Dkt. No. 470) and TiVo filed its Submission of Jury Materials (Dkt. No. 471). Through such submissions, the parties have provided the Court with two separate and distinct sets of proposed preliminary jury instructions—one from Motorola and Time Warner Cable and one from TiVo—two separate and distinct sets of proposed final jury instructions, and two separate and distinct proposed verdict forms. The Court hereby **ORDERS** the parties to meet and confer and jointly file by no later than June 3, 2013 at 5:00 p.m. a single set of proposed preliminary jury instructions as agreed upon by the parties, a single set of proposed final jury instructions as agreed upon by the parties, and a

<u>single</u> proposed verdict form as agreed upon by the parties. The parties shall indicate any remaining disputes by providing, within each respective proposal and at the location the language is to be inserted, each party's proposed language. For substantial areas of dispute, the Court suggests that the parties consult the Federal Circuit Bar Association Model Patent Jury Instruction.

**So Ordered and Signed on this**

**May 21, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE