# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br>　　Plaintiffs,<br><br>v.<br><br>TIVO INC.,<br>　　Defendant.<br><br>TIVO INC.,<br>　　Counterclaim Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br>　　Counterclaim Defendants. | Case No. 5:11-cv-053-JRG |

## ORDER SETTING BRIEFING SCHEDULE

Before the Court is Plaintiff and Counterclaim Defendants Motorola Mobility, Inc., and General Instrument Corporation's ("Motorola") and Counterclaim Defendants Time Warner Cable Inc. and Time Warner Cable LLC's ("TWC") Emergency Motion to Strike Two Entries from the May 13, 2013 Errata to the Deposition of John Villasenor, filed May 21, 2013 (Dkt. No. 472).  The Court hereby **ORDERS** that Defendant and Counterclaim Plaintiff TiVo, Inc.'s ("TiVo") response is due by no later than May 31, 2013 at 5:00 p.m.   It is further **ORDERED** that Motorola and TWC's reply is due by no later than June 3, 2013 at 5:00 p.m.

**So Ordered and Signed on this**

**May 22, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE