# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION<br><br>        Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>        Defendant.<br><br>TIVO INC.,<br><br>        Counterclaim Plaintiff<br><br>   v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>        Counterclaim Defendants. | Civil Action No. 5:11-cv-00053-JRG |

## NOTICE OF TRIAL SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, Motorola Mobility, Inc., by and through its attorneys, hereby provides notice of its intent to serve the attached trial subpoena on TiVo Inc.'s Custodian of Records.

**NOTICE OF TRIAL SUBPOENA** – Page 1

Respectfully submitted,

By: */s/ Jennifer H. Doan*
Jennifer Haltom Doan
Texas Bar No. 08809050
Shawn Alexander Latchford
Texas Bar No. 24066603
Stephen W. Creekmore, IV
Texas Bar No. 24080844
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Fax: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: slatchford@haltomdoan.com
Email: screekmore@haltomdoan.com

Lance Lee
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 223-0276
Facsimile: (903) 233-0210
wlancelee@aol.com

Mark Mann
Texas Bar No. 12926150
The Mann Firm
300 West Main Street
Henderson, TX 75652
Phone (903)657-8540
Fax (903)657-6003
mm@themannfirm.com

Charles K. Verhoeven (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com

Edward J. DeFranco (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
eddefranco@quinnemanuel.com
Matthew A. Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
DLA Piper
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

John Allcock (admitted *pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (admitted *pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (admitted *pro hac vice*)
erin.gibson@dlapiper.com
Edward H. Sikorski (admitted *pro hac vice)*
ed.sikorski@dlapiper.com
DLA Piper
401 B Street, Suite 1700

        San Diego, CA 92101
        Telephone:  619-699-2700
        Facsimile:  619-699-2701

        Andrew N. Stein
        D.C. Bar No. 1005411
        andrew.stein@dlapiper.com
        DLA Piper
        500 Eighth Street, NW
        Washington, DC 20004
        Telephone:  202-799-4000
        Facsimile:  202-799-5000

        **ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION and Counterclaim Defendants TIME WARNER CABLE, INC. and TIME WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 24th day of May, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan