# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TIVO INC.,<br><br>　　　　　Defendant.<br><br>TIVO INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>　　　　　Counterclaim Defendants. | Case No. 5:11-cv-00053-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT EXHIBIT DISPUTES

Under the Court's Order, (Dkt. No. 459), the deadline for the parties to file objections and responses to exhibits is June 3, 2013 at 5 p.m.  The parties respectfully request a brief extension until 9am on June 4, 2013,  to allow the parties to continue discussing and attempting to reach agreement on exhibits prior to filing them.  The parties have been continually conferring and jointly request the overnight extension in order to reduce the disputed exhibits  and comply with the Court's order to crystallize any remaining objections and responses.

**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT EXHIBIT DISPUTES** – Page 1

Dated: June 4, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer H. Doan* | */s/ Thomas C. Werner (with permission)* |
| Jennifer Haltom Doan | Thomas C. Werner |
| Texas Bar No. 08809050 | |
| Shawn Alexander Latchford | Sam Baxter, Lead Attorney |
| Texas Bar No. 24066603 | Texas State Bar No. 01938000 |
| Stephen W. Creekmore, IV | sbaxter@mckoolsmith.com |
| Texas Bar No. 24080844 | Garret W. Chambers |
| HALTOM & DOAN | Texas State Bar No. 00792160 |
| 6500 Summerhill Road | gchambers@mckoolsmith.com |
| Crown Executive Center, Suite 100 | McKool Smith |
| Texarkana, TX 75503 | 300 Crescent Court, Suite 1500 |
| Telephone: (903) 255-1000 | Dallas, Texas 75201 |
| Fax: (903) 255-0800 | TEL: 214.978.4016 |
| Email: jdoan@haltomdoan.com | FAX: 214.978.4044 |
| Email: slatchford@haltomdoan.com | |
| Email: screekmore@haltomdoan.com | IRELL & MANELLA LLP |
| | Morgan Chu (*Pro Hac Vice*) |
| Lance Lee | mchu@irell.com |
| Texas Bar No. 24004762 | Andrei Iancu (*Pro Hac Vice*) |
| 5511 Plaza Drive | aiancu@irell.com |
| Texarkana, TX 75503 | Thomas C. Werner (*Pro Hac Vice*) |
| Telephone: (903) 223-0276 | twerner@irell.com |
| Facsimile: (903) 233-0210 | 1800 Avenue of the Stars, Suite 900 |
| wlancelee@aol.com | Los Angeles, California 90067-4276 |
| | Telephone:(310) 277-1010 |
| Mark Mann | Facsimile:(310) 203-7199 |
| Texas Bar No. 12926150 | |
| The Mann Firm | **ATTORNEYS FOR TIVO INC.** |
| 300 West Main Street | |
| Henderson, TX 75652 | |
| Phone (903)657-8540 | |
| Fax (903)657-6003 | |
| mm@themannfirm.com | |
| | |
| Charles K. Verhoeven (*Pro Hac Vice*) | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | |
| charlesverhoeven@quinnemanuel.com | |

Edward J. DeFranco (*Pro Hac Vice*)
eddefranco@quinnemanuel.com
Matthew Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

John Allcock (admitted *pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (admitted *pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (admitted *pro hac vice*)
erin.gibson@dlapiper.com
Edward H. Sikorski (admitted *pro hac vice)*
ed.sikorski@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619-699-2700
Facsimile:  619-699-2701

**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT EXHIBIT DISPUTES** – Page 3

Andrew N. Stein
D.C. Bar No. 1005411
andrew.stein@dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone:  202-799-4000
Facsimile:  202-799-5000

**ATTORNEYS FOR PLAINTIFFS
MOTOROLA MOBILITY, INC. and
GENERAL INSTRUMENT
CORPORATION and Counterclaim
Defendants TIME WARNER CABLE, INC.
and TIME WARNER CABLE LLC**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of June, 2013.

                                        */s/ Jennifer H. Doan*
                                        Jennifer H. Doan