# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION<br><br>        Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>        Defendant.<br><br>TIVO INC.,<br><br>        Counterclaim Plaintiff<br><br>    v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>        Counterclaim Defendants. | Civil Action No. 5:11-00053-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF FILING OF TRIAL EXHIBIT OBJECTIONS AND EXPLANATIONS

      Plaintiffs and Counterclaim Defendants Motorola Mobility, Inc. and General Instrument Corporation, and Counterclaim Defendants Time Warner Cable, Inc. and Time Warner Cable LLC (collectively, "Motorola") and Defendant and Counterclaim Plaintiff TiVo Inc. ("TiVo"), file this Joint Notice of Filing of Exhibit Charts, Objections, and Explanations and would respectfully show the Court the following:

**JOINT NOTICE OF FILING OF EXHIBIT DISPUTES** – Page 1

A chart of Motorola's relevant exhibits, TiVo's chart of objections to Motorola's trial exhibits, explanation of objections, and Motorola's response is included as Exhibit A.

A chart of Tivo's relevant exhibits, Motorola's chart of objections to TiVo's trial exhibits, explanation of objections, and TiVo's response is included as Exhibit B.

The parties have respectively submitted short statements with each exhibit.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Jennifer H. Doan* | */s/ Thomas C. Werner* |
| Jennifer Haltom Doan | Thomas C. Werner |
| Texas Bar No. 08809050 | Sam Baxter, Lead Attorney |
| Shawn Alexander Latchford | Texas State Bar No. 01938000 |
| Texas Bar No. 24066603 | sbaxter@mckoolsmith.com |
| Stephen W. Creekmore, IV | Garret W. Chambers |
| Texas Bar No. 24080844 | Texas State Bar No. 00792160 |
| HALTOM & DOAN | gchambers@mckoolsmith.com |
| 6500 Summerhill Road | McKool Smith |
| Crown Executive Center, Suite 100 | 300 Crescent Court, Suite 1500 |
| Texarkana, TX 75503 | Dallas, Texas 75201 |
| Telephone: (903) 255-1000 | TEL: 214.978.4016 |
| Fax: (903) 255-0800 | FAX: 214.978.4044 |
| Email: jdoan@haltomdoan.com | |
| Email: slatchford@haltomdoan.com | IRELL & MANELLA LLP |
| Email: screekmore@haltomdoan.com | Morgan Chu (*Pro Hac Vice*) |
| | mchu@irell.com |
| Lance Lee | Andrei Iancu (*Pro Hac Vice*) |
| Texas Bar No. 24004762 | aiancu@irell.com |
| 5511 Plaza Drive | Thomas C. Werner (*Pro Hac Vice*) |
| Texarkana, TX 75503 | twerner@irell.com |
| Telephone: (903) 223-0276 | 1800 Avenue of the Stars, Suite 900 |
| Facsimile: (903) 233-0210 | Los Angeles, California 90067-4276 |
| wlancelee@aol.com | Telephone:(310) 277-1010 |
| | Facsimile:(310) 203-7199 |
| Mark Mann | |
| Texas Bar No. 12926150 | **ATTORNEYS FOR TIVO INC.** |
| The Mann Firm | |
| 300 West Main Street | |
| Henderson, TX 75652 | |
| Phone (903)657-8540 | |
| Fax (903)657-6003 | |
| mm@themannfirm.com | |
| | |
| Charles K. Verhoeven (*Pro Hac Vice*) | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 875-6600 | |
| Facsimile: (415) 875-6700 | |
| charlesverhoeven@quinnemanuel.com | |

**JOINT NOTICE OF FILING OF EXHIBIT DISPUTES** – Page 3

Edward J. DeFranco (*Pro Hac Vice*)
eddefranco@quinnemanuel.com
Matthew Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

John Allcock (admitted *pro hac vice*)
john.allcock@dlapiper.com
Sean Cunningham (admitted *pro hac vice*)
sean.cunningham@dlapiper.com
Erin Gibson (admitted *pro hac vice*)
erin.gibson@dlapiper.com
Edward H. Sikorski (admitted *pro hac vice)*
ed.sikorski@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101
Telephone:  619-699-2700
Facsimile:  619-699-2701

**JOINT NOTICE OF FILING OF EXHIBIT DISPUTES** – Page 4

Andrew N. Stein
D.C. Bar No. 1005411
andrew.stein@dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone:  202-799-4000
Facsimile:  202-799-5000

**ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION and Counterclaim Defendants TIME WARNER CABLE, INC. and TIME WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 4th day of June, 2013.

                                    /s/ *Jennifer H. Doan*
                                       Jennifer H. Doan