Exhibit 6 to Exhibit A



Confidential - Outside Attorneys Eyes Only

M-GI0108883



Confidential - Outside Attorneys Eyes Only



M-GI0108885



Confidential - Outside Attorneys Eyes Only

M-GI0108886



Confidential - Outside Attorneys Eyes Only

M-GI0108887



Confidential - Outside Attorneys Eyes Only

M-GI0108888



M-GI0108889



Confidential - Outside Attorneys Eyes Only

M-GI0108890



Confidential - Outside Attorneys Eyes Only

M-GI0108891

```
                                          Revised:  February 16, 1995
                                          Revision:
Bill Of Materials          February  16, 1995      17:23:31      Page
1
```

| Item | Quantity | Reference | Part |
|---|---|---|---|
| 1 | 1 | J1 | CON8 |
| 2 | 1 | J2 | SCSI EDGE-50 |
| 3 | 1 | J3 | CON AT62B |
| 4 | 1 | R1 | 1K |
| 5 | 3 | R2,R3,R4 | R220/330 |
| 6 | 2 | R5,R6 | 100 |
| 7 | 1 | S1 | SW SPST |
| 8 | 1 | U1 | EPM7256GC192 |
| 9 | 4 | U2,U3,U4,U5 | EPM7160LC84 |
| 10 | 1 | U6 | 40 MHZ OSC |
| 11 | 8 | U7,U8,U9,U10,U13,U14,U15,U16 | M518221-ZIP |
| 12 | 1 | U11 | MC3487 |
| 13 | 1 | U12 | 53CF94-2 |
| 14 | 1 | U17 | 74F244 |

Confidential - Outside Attorneys Eyes Only

```
                                        Revised:  February 16, 1995
                                        Revision:
Cross Reference              February  16, 1995    17:23:21      Page
1
```

| Item | Part | Reference | SheetName | Sheet | Filename |
|------|------|-----------|-----------|-------|----------|
| 1 | 1K | R1 | <<<ROOT>>> | 1 | HVS.SCH |
| 2 | 40 MHZ OSC | U6 | <<<ROOT>>> | 1 | HVS.SCH |
| 3 | 53CF94-2 | U12 | SCSI CONTROLLER | 4 | SCSI.SCH |
| 4 | 74F244 | U17 | HOST CONTROLLER | 6 | HOST.SCH |
| 5 | 100 | R5 | SCSI CONTROLLER | 4 | SCSI.SCH |
| 6 | 100 | R6 | SCSI CONTROLLER | 4 | SCSI.SCH |
| 7 | CON8 | J1 | DECODER INTERFACE | 3 | DECODER.SCH |
| 8 | CON AT62B | J3 | HOST CONTROLLER | 6 | HOST.SCH |
| 9 | EPM7160LC84 | U2 | DMA CONTROLLER | 7 | DMA.SCH |
| 10 | EPM7160LC84 | U3 | DECODER INTERFACE | 3 | DECODER.SCH |
| 11 | EPM7160LC84 | U4 | TAPE INTERFACE | 5 | TAPE.SCH |
| 12 | EPM7160LC84 | U5 | ENCODER INTERFACE | 2 | ENCODER.SCH |
| 13 | EPM7256GC192 | U1 | HOST CONTROLLER | 6 | HOST.SCH |
| 14 | M518221-ZIP | U7 | ENCODER INTERFACE | 2 | ENCODER.SCH |
| 15 | M518221-ZIP | U8 | ENCODER INTERFACE | 2 | ENCODER.SCH |
| 16 | M518221-ZIP | U9 | DECODER INTERFACE | 3 | DECODER.SCH |
| 17 | M518221-ZIP | U10 | DECODER INTERFACE | 3 | DECODER.SCH |
| 18 | M518221-ZIP | U13 | TAPE INTERFACE | 5 | TAPE.SCH |
| 19 | M518221-ZIP | U14 | TAPE INTERFACE | 5 | TAPE.SCH |
| 20 | M518221-ZIP | U15 | TAPE INTERFACE | 5 | TAPE.SCH |
| 21 | M518221-ZIP | U16 | TAPE INTERFACE | 5 | TAPE.SCH |
| 22 | MC3487 | U11A | DECODER INTERFACE | 3 | DECODER.SCH |
| 23 | MC3487 | U11B | DECODER INTERFACE | 3 | DECODER.SCH |

Confidential - Outside Attorneys Eyes Only

```
24   MC3487      U11C       DECODER INTERFACE      3   DECODER.SCH

25   MC3487      U11D       DECODER INTERFACE      3   DECODER.SCH

26   R220/330    R2         SCSI CONTROLLER      4   SCSI.SCH

27   R220/330    R3         SCSI CONTROLLER      4   SCSI.SCH
```

Confidential - Outside Attorneys Eyes Only

```
                                      Revised:  February 16, 1995
                                      Revision:
Cross Reference            February   16, 1995    17:23:21    Page
2

  Item   Part           Reference   SheetName    Sheet   Filename
_____
____

    28   R220/330       R4          SCSI CONTROLLER    4  SCSI.SCH

    29   SCSI EDGE-50   J2          SCSI CONTROLLER    4  SCSI.SCH

    30   SW SPST        S1          <<<ROOT>>>         1  HVS.SCH
```

Confidential - Outside Attorneys Eyes Only                    M-GI0108895

```
                                    Revised:  February 16, 1995
                                    Revision:
Cross Reference               February  16, 1995    17:23:21      Page
3

Item   Reference   Part         SheetName    Sheet  Filename
_____
____

   1   J1          CON8         DECODER INTERFACE      3  DECODER.SCH

   2   J2          SCSI EDGE-50 SCSI CONTROLLER    4  SCSI.SCH

   3   J3          CON AT62B    HOST CONTROLLER    6  HOST.SCH

   4   R1          1K           <<<ROOT>>>     1  HVS.SCH

   5   R2          R220/330     SCSI CONTROLLER    4  SCSI.SCH

   6   R3          R220/330     SCSI CONTROLLER    4  SCSI.SCH

   7   R4          R220/330     SCSI CONTROLLER    4  SCSI.SCH

   8   R5          100          SCSI CONTROLLER    4  SCSI.SCH

   9   R6          100          SCSI CONTROLLER    4  SCSI.SCH

  10   S1          SW SPST      <<<ROOT>>>     1  HVS.SCH

  11   U1          EPM7256GC192 HOST CONTROLLER    6  HOST.SCH

  12   U2          EPM7160LC84  DMA CONTROLLER     7  DMA.SCH

  13   U3          EPM7160LC84  DECODER INTERFACE      3  DECODER.SCH

  14   U4          EPM7160LC84  TAPE INTERFACE     5  TAPE.SCH

  15   U5          EPM7160LC84  ENCODER INTERFACE      2  ENCODER.SCH

  16   U6          40 MHZ OSC   <<<ROOT>>>     1  HVS.SCH

  17   U7          M518221-ZIP  ENCODER INTERFACE      2  ENCODER.SCH

  18   U8          M518221-ZIP  ENCODER INTERFACE      2  ENCODER.SCH

  19   U9          M518221-ZIP  DECODER INTERFACE      3  DECODER.SCH

  20   U10         M518221-ZIP  DECODER INTERFACE      3  DECODER.SCH

  21   U11A        MC3487       DECODER INTERFACE      3  DECODER.SCH

  22   U11B        MC3487       DECODER INTERFACE      3  DECODER.SCH

  23   U11C        MC3487       DECODER INTERFACE      3  DECODER.SCH
```

                    M-GI0108896

```
24   U11D      MC3487        DECODER INTERFACE      3  DECODER.SCH

25   U12       53CF94-2      SCSI CONTROLLER      4  SCSI.SCH

26   U13       M518221-ZIP   TAPE INTERFACE       5  TAPE.SCH

27   U14       M518221-ZIP   TAPE INTERFACE       5  TAPE.SCH
```

Confidential - Outside Attorneys Eyes Only

```
                                        Revised:  February 16, 1995
                                        Revision:
Cross Reference              February  16, 1995    17:23:21      Page
4
```

| Item | Reference | Part | SheetName | Sheet | Filename |
|------|-----------|------|-----------|-------|----------|
| 28 | U15 | M518221-ZIP | TAPE INTERFACE | 5 | TAPE.SCH |
| 29 | U16 | M518221-ZIP | TAPE INTERFACE | 5 | TAPE.SCH |
| 30 | U17 | 74F244 | HOST CONTROLLER | 6 | HOST.SCH |

Confidential - Outside Attorneys Eyes Only

M-GI0108898



Imedia Corporation
5854 Ithaca Place
San Diego, CA 92122

Title    Experiment Server

Size    Document Number
A       1001-3

Date: June 1, 1994          Sheet: 3 of 3 sheets

Rev    1.0



Confidential - Outside Attorneys Eyes Only

M-GI0108900



Confidential - Outside Attorneys Eyes Only

```
experiement server                      Revised:        May 24,
1994
1001-1                                  Revision: 1.0
Bill Of Materials            May   24, 1994     17:53:39      Page
1
```

| Item | Quantity | Reference | Part |
|------|----------|-----------|------|
| 1 | 1 | J1 | CONNECTOR EDGE50 |
| 2 | 1 | U1 | 7160 |

Confidential - Outside Attorneys Eyes Only

M-GI0108902

```
experiement server                        Revised:        May 24,
1994
1001-1                                 Revision: 1.0
Cross Reference                May   24, 1994      17:53:15       Page
1
```

| Item | Part | Reference | SheetName | Sheet | Filename |
|------|------|-----------|-----------|-------|----------|
| 1 | 7160 | U1 | <<<ROOT>>> | 1 | SERVER.SCH |
| 2 | CONNECTOR EDGE50 | J1 | <<<ROOT>>> | 1 | SERVER.SCH |



Confidential - Outside Attorneys Eyes Only

M-GI0108904



Confidential - Outside Attorneys Eyes Only

M-GI0108905



d[7:0]

f_d

/rst

done0
done1

d7
d3
u_req1
d2
d1
d0

all_done
f_d7
f_d6
f_d5
f_d4
f_d2
m2
m1
f_d3
f_d0
f_d1

U2
?
7160

wclk
done2
rclk

u_req0
d6

d5
u_req2
d4

m0

U?
?
M518221

U?
?
M518221

U?
?
M518221

U?
?
M518221

Imedia Corporation
5854 Ithaca Place
San Diego, CA 92122

Title

Experiment Server

Size    Document Number                    Rev
A       1001-3                             1.0

Date: June 1, 1994                 Sheet: 3 of 3 sheets

Confidential - Outside Attorneys Eyes Only

M-GI0108906



Confidential - Outside Attorneys Eyes Only

M-GI0108907

```
experiement server                    Revised:        May 24,
1994
1001-1                               Revision: 1.0
Bill Of Materials            May   24, 1994    17:53:39      Page
1
```

| Item | Quantity | Reference | Part |
|------|----------|-----------|------|
| 1 | 1 | J1 | CONNECTOR EDGE50 |
| 2 | 1 | U1 | 7160 |

Confidential - Outside Attorneys Eyes Only

```
experiement server                        Revised:        May 24,
1994
1001-1                                   Revision: 1.0
Cross Reference                May   24, 1994    17:53:15       Page
1
```

| Item | Part | Reference | SheetName | Sheet | Filename |
|------|------|-----------|-----------|-------|----------|
| 1 | 7160 | U1 | <<<ROOT>>> | 1 | SERVER.SCH |
| 2 | CONNECTOR EDGE50 | J1 | <<<ROOT>>> | 1 | SERVER.SCH |

M-GI0108909



Confidential - Outside Attorneys Eyes Only

M-GI0108910



Confidential - Outside Attorneys Eyes Only

M-GI0108911