# Exhibit 7 to Exhibit A

| | |
|---|---|
| **From:** | Louis L Touton <lltouton@JonesDay.com> |
| **Sent:** | Thursday, July 19, 2012 5:29 PM |
| **To:** | ~Fountain, Aaron |
| **Cc:** | ~Kao, Christopher; kraj@khhte.com; ~EXT SERV TiVo-Moto DLAPiper [Ext]; Werner, Tom; #TiVo/Motorola [Int] |
| **Subject:** | RE: TiVo v Motorola - DIRECTV consent to production of confidential information |

Aaron,

I understand that this request involves RPTV00000001 to RPTV00079181 and RPTV-SC-00000001 to RPTV-SC-00015079, which Mr. Shanson apparently kept when he left ReplayTV in 2001 or 2002. Assuming my understanding is correct, DIRECTV has no objection to Motorola being given access to these documents under the terms of the protective order that has been applied to these documents.

We aren't entirely sure which documents these are, and therefore request that one of the parties provide us an electronic (or paper) copy so our records are clear. Can that be arranged?

Louis

| | |
|---|---|
| From: | "Fountain, Aaron" <Aaron.Fountain@dlapiper.com> |
| To: | Louis L Touton <lltouton@JonesDay.com> |
| Cc: | "ckao@perkinscoie.com" <ckao@perkinscoie.com>, "kraj@khhte.com" <kraj@khhte.com>, MMI Counsel <MMICounsel@dlapiper.com>, "twerner@irell.com" <twerner@irell.com>, "#TiVo/Motorola [Int] (#TiVo_Motorola@irell.com)" <#TiVo_Motorola@irell.com> |
| Date: | 07/19/2012 02:35 PM |
| Subject: | RE: TiVo v Motorola - DIRECTV consent to production of confidential information |

Hello Louis,

Since Tuesday, I have come to understand that in the *TiVo v. AT&T* case, Spencer Shanson provided documents that were produced by Microsoft with an RPTV Bates Number. I further understand that these documents were directed to the ReplayTV technology that is the subject of the DTVRP Bates Numbered documents referenced in your letter. Please confirm that DIRECTV's consent set forth in your letter extends to the RPTV Bates Numbered documents provided by Mr. Shanson.

Please let me know if you have any questions.

Regards,



**Aaron Fountain**
**DLA Piper** LLP (US)
401 Congress Ave Ste 2500
Austin, TX 78701-3799
512.457.7190  T

aaron.fountain@dlapiper.com
www.dlapiper.com

1

**From:** Louis L Touton [mailto:lltouton@JonesDay.com]
**Sent:** Tuesday, July 17, 2012 9:26 PM
**To:** Fountain, Aaron
**Cc:** ckao@perkinscoie.com; kraj@khhte.com; MMI Counsel; twerner@irell.com; #TiVo/Motorola [Int] (#TiVo_Motorola@irell.com)
**Subject:** Re: TiVo v Motorola - DIRECTV consent to production of confidential information

Aaron,

See my attached reply to your letter of today requesting consent to access.

Louis Touton

| | |
|---|---|
| From: | "Fountain, Aaron" <Aaron.Fountain@dlapiper.com> |
| To: | "lltouton@jonesday.com" <lltouton@jonesday.com>, "twerner@irell.com" <twerner@irell.com>, "kraj@khhte.com" <kraj@khhte.com>, "ckao@perkinscoie.com" <ckao@perkinscoie.com> |
| Cc: | MMI Counsel <MMICounsel@dlapiper.com>, "#TiVo/Motorola [Int] (#TiVo_Motorola@irell.com)" <#TiVo_Motorola@irell.com> |
| Date: | 07/17/2012 05:06 PM |
| Subject: | TiVo v Motorola - DIRECTV consent to production of confidential information |

Louis,

Please the attached correspondence requesting DIRECTV consent for the production of DIRECTV documents and confidential information, as well as expert reports that reference or contain information from those documents or information.

Please let me know if you have any questions.



**Aaron Fountain**
**DLA Piper** LLP (US)
401 Congress Ave Ste 2500
Austin, TX 78701-3799
512.457.7190 T

aaron.fountain@dlapiper.com
www.dlapiper.com

[attachment "Fountain Ltr to Touton re DIRECTV consent.pdf" deleted by Louis L Touton/JonesDay] [attachment "Doc 64 protective order.pdf" deleted by Louis L Touton/JonesDay] Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========