**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TIVO INC.,<br><br>　　　　　　Defendant.<br><br>TIVO INC.,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>　　　　　　Counterclaim Defendants. | Case No. 5:11-cv-00053-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Plaintiffs Motorola Mobility, Inc. and General Instrument Corporation, Defendant TiVo Inc., and Counterclaim Defendants Time Warner Cable Inc. and Time Warner Cable LLC filed a Joint Motion to Modify the Docket Control Order.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be **GRANTED**.  It is therefore

**ORDERED** that all case deadlines are stayed and the pre-trial conference scheduled for Friday, June 7, 2013 is continued pending further notice of the Court.

1

**So ORDERED and SIGNED this 6th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE