**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> TIVO INC., <br><br> Defendant. <br><br> TIVO INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC, <br><br> Counterclaim Defendants. | Case No. 5:11-cv-00053-JRG <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Plaintiffs Motorola Mobility, Inc. and General Instruction Corporation ("Motorola") and Counterclaim Defendants Time Warner Cable Inc. and Time Warner Cable LLC ("Time Warner") move to withdraw Shawn Alexander Latchford as counsel of record in this cause of action. All other listed counsel of record for Motorola and Time Warner will remain the same. Defendant has conferred with counsel for Plaintiff and Plaintiff is unopposed to the withdrawal of Shawn Alexander Latchford as counsel.

Motorola and Time Warner respectfully request this Court to enter an Order withdrawing Shawn Alexander Latchford as counsel of record for Motorola and Time Warner and removing him from the electronic service list and all other service lists in this action.

Respectfully submitted,

*/s/ Shawn Alexander Latchford*
Shawn Alexander Latchford
Texas Bar No. 24066603
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
slatchford@haltomdoan.com

**ATTORNEY FOR MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC. AND TIME WARNER CABLE LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 3rd day of July, 2013.

*/s/ Shawn Alexander Latchford*
Shawn Alexander Latchford