**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and<br>GENERAL INSTRUMENT CORPORATION<br><br>          Plaintiffs,<br><br>vs.<br><br>TIVO INC.,<br><br>          Defendant. | Civil Action No. 5:11-00053-JRG |
| TIVO INC.,<br><br>          Counterclaim Plaintiff<br><br>   v.<br><br>MOTOROLA MOBILITY, INC., GENERAL<br>INSTRUMENT CORPORATION, TIME<br>WARNER CABLE INC., and TIME WARNER<br>CABLE LLC,<br><br>          Counterclaim Defendants. | JURY TRIAL DEMANDED |

## ORDER ON STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court has considered the Stipulation and Joint Motion to Dismiss Pursuant to Rule 41 of the Federal Rules of Civil Procedure and agreements of the Parties filed by Plaintiffs and Counterclaim Defendants Motorola Mobility, Inc. and General Instrument Corporation (collectively, "Motorola"), and Counterclaim Defendants Time Warner Cable, Inc. and Time

Warner Cable LLC (collectively, "Time Warner Cable") and Defendant and Counterclaim Plaintiff TiVo Inc. ("TiVo") (collectively the "Parties").  The motion is hereby GRANTED.

Accordingly, it is ORDERED that the entire action is dismissed in accordance with Rule 41 of the Federal Rules of Civil Procedure and the Parties' Stipulation as follows:

1. Motorola's Eighth and Ninth Causes of Action are dismissed with prejudice in their entirety.  All other claims and counterclaims Motorola asserted against TiVo in the above-captioned action are dismissed with prejudice in their entirety, except that all Motorola claims and counterclaims asserting invalidity of TiVo's U.S. Patent No. 6,233,389 ("the '389 patent"), U.S. Patent No. 7,529,465 ("the '465 patent"), and U.S. Patent No. 6,792,195 ("the '195 patent"), are dismissed without prejudice.

2. All claims and counterclaims TiVo asserted against Motorola in the above-captioned action are dismissed with prejudice in their entirety, except that all TiVo claims and counterclaims asserting invalidity of Motorola's U.S. Patent No. 6,304,714 ("the '714 patent"), 5,949,948 ("the '948 patent"), and 6,356,708 ("the '708 patent"), are dismissed without prejudice.

3. All claims and counterclaims that TiVo asserted against Time Warner Cable in the above-captioned action are dismissed in their entirety without prejudice.

4. The Parties shall each bear their own costs and attorney's fees in this action.

**So Ordered and Signed on this**

**Jul 25, 2013**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE