# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>TIVO INC.,<br><br>        Defendant. | Case No. 5:11-cv-00053-JRG |
| TIVO INC.,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>        Counterclaim Defendants. | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of the Court. The proceeding occurred on June 5, 2013 and was reported by Melissa Carson, the court reporter.

Respectfully submitted,

*/s/ Jennifer H. Doan*

Jennifer Haltom Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Fax: (903) 255-0800
Email: jdoan@haltomdoan.com

Lance Lee
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 223-0276
Facsimile: (903) 233-0210
wlancelee@aol.com

Mark Mann
Texas Bar No. 12926150
The Mann Firm
300 West Main Street
Henderson, TX 75652
Phone (903)657-8540
Fax (903)657-6003
mm@themannfirm.com

Charles K. Verhoeven (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com

Edward J. DeFranco (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
eddefranco@quinnemanuel.com
Matthew A. Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
DLA Piper
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

**NOTICE OF INTENT TO REQUEST REDACTION** – Page 2

| | |
|---|---|
| John Allcock (admitted *pro hac vice*)<br>john.allcock@dlapiper.com<br>Sean Cunningham (admitted *pro hac vice*)<br>sean.cunningham@dlapiper.com<br>Erin Gibson (admitted *pro hac vice*)<br>erin.gibson@dlapiper.com<br>Edward H. Sikorski (admitted *pro hac vice*)<br>ed.sikorski@dlapiper.com<br>DLA Piper<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone:  619-699-2700<br>Facsimile:  619-699-2701 | Andrew N. Stein<br>D.C. Bar No. 1005411<br>andrew.stein@dlapiper.com<br>DLA Piper<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone:  202-799-4000<br>Facsimile:  202-799-5000<br><br>**ATTORNEYS FOR PLAINTIFFS MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION and Counterclaim Defendants TIME WARNER CABLE, INC. and TIME WARNER CABLE LLC** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 15th day of August, 2013.  The court reporter was also served with a copy.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF INTENT TO REQUEST REDACTION** – Page 3