UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TIVO INC.,<br><br>　　　　　Defendant.<br><br>TIVO INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>　　　　　Counterclaim Defendants. | Case No. 5:11-cv-00053-JRG |

## PLAINTIFFS' UNOPPOSED MOTION TO REDACT PORTIONS OF PRETRIAL TRANSCRIPT

Plaintiffs Motorola Mobility, Inc., General Instrument Corporation, Time Warner Cable Inc., and Time Warner Cable LLC ("Plaintiffs") hereby move for an order redacting certain portions from the publicly-available transcript of the Pretrial Conference held June 5, 2013 (Dkt. 501), reported by Ms. Melissa Carson.

Plaintiffs filed their notice of intent to request redaction on August 15, 2013 (Dkt. 504). Plaintiffs request redaction of certain portions of the transcript of the Pretrial Conference because

they contain confidential internal business information which was designated "CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY INFORMATION" as defined by the Court's Protective Order of March 19, 2012.

Plaintiffs respectfully submit that the following line/page designations of the transcript be redacted from the publicly-available transcript because they reference confidential, non-public, and proprietary information regarding future, unreleased products.

| Start | End |
|---|---|
| 258:7 | 258:8 |
| 259:16 | 259:16 |
| 260:22 | 260:22 |
| 261:1 | 261:2 |
| 261:11 | 261:13 |

Plaintiffs would also request the following correction to the transcript be granted:

| Start | Notes |
|---|---|
| 259:15 | "life" should be "live" |

Plaintiffs respectfully requests an order to redact and correct the identified portions of the transcript of June 5, 2013 (Dkt. 501) and to direct the court reporter to redact those sections from all publicly-available versions of the transcript.

Dated: August 26, 2013

        Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer Haltom Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Fax: (903) 255-0800
Email: jdoan@haltomdoan.com

Lance Lee
Texas Bar No. 24004762
5511 Plaza Drive
Texarkana, TX 75503
Telephone: (903) 223-0276
Facsimile: (903) 233-0210
wlancelee@aol.com

Mark Mann
Texas Bar No. 12926150
The Mann Firm
300 West Main Street
Henderson, TX 75652
Phone (903)657-8540
Fax (903)657-6003
mm@themannfirm.com

Charles K. Verhoeven (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
charlesverhoeven@quinnemanuel.com

<div style="margin-left: 50%;">

Edward J. DeFranco (*Pro Hac Vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
eddefranco@quinnemanuel.com
Matthew A. Traupman (*Pro Hac Vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, D.C. 20004
Telephone: (202) 538-8109
Facsimile: (202) 538-8100
marissaducca@quinnemanuel.com

Brian K. Erickson
Texas Bar No. 24012594
brian.erickson@dlapiper.com
John Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com
Aaron Fountain
Texas Bar No. 24050619
aaron.fountain@dlapiper.com
Todd Patterson
Texas Bar No. 24060396
todd.patterson@dlapiper.com
DLA Piper
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Phone: 512.457.7000
Fax: 512.457.7001

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served on August 26, 2013, with a copy of this document via the Court's ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served via electronic mail or first class mail on today's date.

*/s/ Jennifer H. Doan*
Jennifer Haltom Doan

## CERTIFICATE OF CONFERENCE

On August 26, 2013, counsel for Plaintiffs conferred with counsel for Defendant regarding the above Motion.  Counsel for Defendant is not taking a position on this Motion and will not be filing a response.

*/s/ Jennifer H. Doan*
Jennifer Haltom Doan