# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

|  |  |
|---|---|
| MOTOROLA MOBILITY, INC. and GENERAL INSTRUMENT CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>TIVO INC.,<br><br>               Defendant. | Case No. 5:11-cv-00053-JRG<br><br>**JURY TRIAL DEMANDED** |
| TIVO INC.,<br><br>           Counterclaim Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY, INC., GENERAL INSTRUMENT CORPORATION, TIME WARNER CABLE INC., and TIME WARNER CABLE LLC,<br><br>           Counterclaim Defendants. |  |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REDACT PRETRIAL TRANSCRIPT

Upon consideration of Plaintiffs' Unopposed Motion to Redact portions of Pretrial Transcript, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that Plaintiffs' Unopposed Motion to Redact Pretrial Transcript is hereby GRANTED.

**So Ordered and Signed on this**

**Aug 31, 2013**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

1